# EXHIBIT H

Dec. 2. 2015  2:51PM     Rutgers UCHC Central Office               No. 3688   P. 2

December 2, 2015



**Medical Record Certification**

I hereby certify that these are true and accurate copies of the Medical Records maintained by the State of NJ Department of Corrections for inmate Denzel Morgan DOB ███████     .

Cindy Romano, RHIT,CCS
Medical Record Director
Rutgers University Correctional Healthcare

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male DOB:0⬛⬛⬛⬛⬛ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**12/03/2015 - Office Visit: Sick Call for F/U headache**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

inches

**Peak Flow**

**Doctor Visit: subjective**

**From Doctor Visit**
**Dr Visit Chief Complaint:** F/U headache- pt. seen at cell door for follow-up headache
**Reason for Visit:** Follow-Up
**Mental Health High-Risk Inquiry Incident:**

**Review of Systems**
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss, other(specify). The medication is helping the headaches, they're gone
**Eyes:** Denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Musculoskeletal:** Complains of joint pain, stiffness. I still haven't seen PT for my foot

**Physical Exam**
**General appearance:** well nourished, well hydrated, no acute distress

**Ears, Nose and Throat**
**Hearing:** grossly intact

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles

**Musculoskeletal**
**LLE:** Left foot stiffness

**Mental Status Exam**
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation

**Assessment**
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** F/u headaches-stable with Propanolol
Left foot stiffness- S/P sesamoid fx- F/U with PT for eval

**Plan:**
Continue Propanolol
F/U with PT regarding scheduling pt.

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
*Page 2*
*Chart Document*

**DENZEL MORGAN**
Male  DOB:0███████Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Orders to be Processed and/or Transcribed

**Electronically Signed by Kimberlee Adams,NP on 12/03/2015 at 12:01 PM**

---

**12/03/2015 - Append: Sick Call for F/U headache**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

PT Dr. Peregmon notified that pt. states he hasn't been seen for his initial eval

**Electronically Signed by Kimberlee Adams,NP on 12/03/2015 at 12:30 PM**

---

**11/28/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:** rec'd i/m at cell door. requesting PT therapy that was ordered in Oct. advised i/m that therapist had been spoken to, and that she would place i/m on schedule for PT eval the week. i/m voiced acceptance and agreement. no further action taken at this time.

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**Electronically Signed by Kenneth Bass, RN on 11/28/2015 at 11:51 AM**

---

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

11/27/2015 - Internal Other: Sick Call Triage
Provider: Lavonia James,RN
Location of Care: New Jersey State Prison

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** Inmate complaining of foot injury (requesting PT)
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C

Electronically Signed by Lavonia James,RN on 11/27/2015 at 1:31 PM

11/25/2015 - Internal Other: Chart Note for triage rounds
Provider: Kenneth Bass, RN
Location of Care: New Jersey State Prison-Main

**Chart Note**

**Narrative:** i/m stopped writer during triage rounds asking about why his PT had not started.  emr shows that PT was ordered on 10/22/15, but never initiated.  Physical therapist advised of i/m's question, and commited to following up on issue.

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

Electronically Signed by Kenneth Bass, RN on 11/25/2015 at 10:44 AM

11/25/2015 - Internal Other: Chart Note for Missing PT eval
Provider: Anne Peregmon, PT, DPT

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
*Page 4*
*Chart Document*

**DENZEL MORGAN**
Male DOB: ● Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Location of Care: New Jersey State Prison-Main**

## Chart Note

**Narrative:** IM was a no show for PT eval this AM.

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

**Electronically Signed by Anne Peregmon, PT, DPT on 11/25/2015 at 9:28 AM**

---

**11/25/2015 - Append: Chart Note for Missing PT eval**
**Provider: Anne Peregmon, PT, DPT**
**Location of Care: New Jersey State Prison-Main**

Error- IM was scheduled for a PT eval on 11/ 11 and he was a no show but there was alot of DOC
activity that day.

**Electronically Signed by Anne Peregmon, PT, DPT on 11/25/2015 at 11:52 AM**

---

**11/30/2015 - Append: Chart Note for Missing PT eval**
**Provider: Anne Peregmon, PT, DPT**
**Location of Care: New Jersey State Prison-Main**

This was a late entry for a PT eval he missed on 11/11/2015.

**Electronically Signed by Anne Peregmon, PT, DPT on 11/30/2015 at 9:48 AM**

---

**11/24/2015 - Internal Other: Transfer to Facility NSP-AD-SEG**
**Provider: Lance C. Carver, RN**
**Location of Care: New Jersey State Prison-Main**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Transfer Out

**I/M Transferring to: NSP-AD-SEG**
**Narrative Comments:** I/M is transferring with meds and medical records.

**Current Problems:**
S/P CLOSED TREATMENT SESAMOID FRACTURE LEFT FOOT (CPT-28530)
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)

**Current Medications:**
PROPRANOLOL HCL 10 MG TABS (PROPRANOLOL HCL) one tab po bid x90 days
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) Give 1 tab (50mg) po qAM X30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Give 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days
MENTHOL COUGH DROPS 6.5 MG LOZG (MENTHOL) Use as directed.

**Known Allergies:**

Last TB test entry:Yes (05/11/2015 8:42:31 PM)  **Last recorded Results:**  0mm
**Last tetanus entry:**
Date of last chest x-ray:

## Orders to be Processed and/or Transcribed

**Electronically Signed by Lance C. Carver, RN on 11/24/2015 at 6:40 AM**

---

**11/19/2015 - Internal Other: Transfer to Facility**
**Provider: Jeremy Berg, RN**
**Location of Care: New Jersey State Prison-Main**

## Transfer Out

**I/M Transferring to:NSP**
**Narrative Comments: Transferring to NSP  on 11/20/2015  .  1 Chart provided by Medical
Records department.  Meds/Mar if available to be provided by Medical Records Dept.**

**Current Problems:**
S/P CLOSED TREATMENT SESAMOID FRACTURE LEFT FOOT (CPT-28530)
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)

**Current Medications:**
PROPRANOLOL HCL 10 MG TABS (PROPRANOLOL HCL) one tab po bid x90 days
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) Give 1 tab (50mg) po qAM X30 days

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 6
Chart Document

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛⬛⬛Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Give 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days
MENTHOL COUGH DROPS 6.5 MG LOZG (MENTHOL) Use as directed.

**Known Allergies:**

Last TB test entry:Yes (05/11/2015 8:42:31 PM) **Last recorded Results:** 0mm
**Last tetanus entry:**
Date of last chest x-ray:

## Orders to be Processed and/or Transcribed

**Electronically Signed by Jeremy Berg, RN on 11/19/2015 at 5:32 PM**

---

**11/14/2015 - Office Visit: Nurse Sick Call for left ankle**
**Provider: Barbara Brown, RN**
**Location of Care: New Jersey State Prison-Main**

## Vital Signs
inches
R: **18**  BP: **125/80**
**Radial Pulse rate:** 86    **Blood Pressure:** 125/80 mm Hg

**Peak Flow**

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

MELOXICAM 7.5 MG TABS (MELOXICAM) take one tab po bid x30 days
PROPRANOLOL HCL 10 MG TABS (PROPRANOLOL HCL) one tab po bid x90 days
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) Give 1 tab (50mg) po qAM X30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Give 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days

## Nurse SOAP Note-subjective
**Reason for visit:** Sick call
**Chief Complaint:** left ankle
**Mental Health High-Risk Inquiry Incident:**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male  DOB:●▬▬▬▬  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

### Review of Systems

**Musculoskeletal:** left ankle discomfort

### Nurse Physical Exam

#### General
**Comments:** left ankle minimal swelling, did not have the ace wrap on it when seen but patient says he uses it, advised PT pending, patient did not complain about the pain medication, says there is discomfort, requested cough drops, throat is reddened back of throat, did not want tylenol per nurse protocol, denies cough, advised increase fluids

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

### Nursing Assessment

#### Health maintenance
**Diagnosis:** potential for

#### Plan
**Problem/Diagnosis List**
S/P CLOSED TREATMENT SESAMOID FRACTURE LEFT FOOT (CPT-28530)
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)

### Copay

**Medical Copay Charged:** 5
**Medication Copay Charged:** 1

Allergies:**Orders/Referrals:**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Medical-Other [S018]
Physical Therapy [REF020]
Medical-Other [S018]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

### Orders to be Processed and/or Transcribed
Orders transcribed.

### New or Changed Medications & Immunizations

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 8
Chart Document

**DENZEL MORGAN**
Male DOB:~~           ~~ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

MENTHOL COUGH DROPS 6.5 MG LOZG (MENTHOL) Use as directed.

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Sore Throat Protocol [NP004]

**Electronically Signed by Barbara Brown, RN on 11/14/2015 at 1:11 PM**

---

**11/13/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** foot still causing pain
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 11/13/2015 at 12:59 PM**

---

**11/10/2015 - Office Visit: Sick Call for migraine med**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

inches

**Peak Flow**

**Doctor Visit: subjective**

**From Doctor Visit**
**Dr Visit Chief Complaint:** Pt. seen at cell door for complaint of migraines- states excedrine ineffective
**Reason for Visit:** Sick Call
**Mental Health High-Risk Inquiry Incident:**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 9
Chart Document

**DENZEL MORGAN**
Male  DOB:▮▮▮▮▮▮▮ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Review of Systems**
**Eyes:** Denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Neurologic:** Complains of other(specify). Denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo. The front of my head hurts

**Physical Exam**
**General appearance:** well nourished, well hydrated, no acute distress

**Eyes**
**Pupils:** PERRLA 3mm/2-denies dizziness, blurred vision or diplopia

**Ears, Nose and Throat**
**Hearing:** grossly intact

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles

**Gastrointestinal**
**Abdomen:** Denies N/V

**Musculoskeletal**
**LLE:** Minimal swelling to left lateral ankle

**Mental Status Exam**
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation

**Assessment**
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** Headaches-possible migraines

See problem list

Medications:

PROPRANOLOL HCL 10 MG TABS (PROPRANOLOL HCL) one tab po bid x90 days

**Plan:**
D/C Excedrine Migraine
Inderal 10mg po bid x90 days

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 10
Chart Document

**DENZEL MORGAN**
Male  DOB: ▮▮▮▮▮▮  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

F/U 3 weeks

**Disposition**
**Disposition:** return for followup
**Return in:** 3
Week(s)

**Copay**

**Medication Copay Charged:** 1

**Orders to be Processed and/or Transcribed**

**New or Changed Medications & Immunizations**
PROPRANOLOL HCL 10 MG TABS (PROPRANOLOL HCL) one tab po bid x90 days

**Discontinued Medications & Immunizations**
PAIN-OFF 250-250-65 MG TABS (ASPIRIN-ACETAMINOPHEN-CAFFEINE) one tab po bid x30 days
prn

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Other Internal Referral [INRF009]

**Electronically Signed by Kimberlee Adams,NP on 11/10/2015 at 12:07 PM**

---

**11/10/2015 - Append: Sick Call  for migraine med**
**Provider: Adele Etienne, LPN**
**Location of Care: New Jersey State Prison-Main**

.ot

**Electronically Signed by Adele Etienne, LPN on 11/10/2015 at 2:29 PM**

---

**11/10/2015 - Append: Sick Call  for migraine med**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Orders transcribed.

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 11
Chart Document

**DENZEL MORGAN**
Male  DOB: ███████  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

---

Electronically Signed by Kenneth Bass, RN on 11/10/2015 at 10:55 PM

---

**11/07/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:** rec'd i/m at cell door. c/o continued migraine ha unrelieved by all previously ordered meds. i/m returned last ordered med, Excedrin, and was to be scheduled to see provider at that time. will refer again and route doc to scheduler for appt. no charge for this visit.

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

---

Electronically Signed by Kenneth Bass, RN on 11/07/2015 at 10:56 AM
Electronically Signed by Kenneth Bass, RN on 11/07/2015 at 10:58 AM

---

**11/06/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

## Sick Call Triage

**Inmate/Patient Complaint** contiuous migraines
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 12
Chart Document

**DENZEL MORGAN**
Male  DOB:█████████  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Electronically Signed by Kenneth Bass, RN on 11/06/2015 at 1:07 PM

---

**11/05/2015 - Internal Other: Chart Note for dx**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:**

### Problems/Allergies/Observation Changes

**Problems:**
Added new problem of Status post CLOSED TREATMENT SESAMOID FRACTURE LEFT FOOT
(CPT-28530)

### Orders to be Processed and/or Transcribed

Electronically Signed by Kimberlee Adams,NP on 11/05/2015 at 10:27 AM

---

**11/03/2015 - Office Visit: Nurse Sick Call for**
**Provider: Lavonia James,RN**
**Location of Care: New Jersey State Prison**

**Vital Signs**
inches
T: **98.2** deg F.  R: **16**  BP: **112/68**
**Radial Pulse rate:** 69   **Pulse Ox:** 98
**Blood Pressure:** 112/68 mm Hg

**Peak Flow**

**Orientation Level**
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 13
Chart Document

**DENZEL MORGAN**
Male  DOB███████  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Current Medication List (prior to visit):**

SERTRALINE HCL 25 MG TABS (SERTRALINE HCL) Give 1 tab (25mg) po qAM X30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Increase to 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days
MELOXICAM 7.5 MG TABS (MELOXICAM) take one tab po bid x30 days
PAIN-OFF 250-250-65 MG TABS (ASPIRIN-ACETAMINOPHEN-CAFFEINE) one tab po bid x30 days
prn

**Nurse SOAP Note-subjective**
**Reason for visit:** Sick call
**Chief Complaint:** mirgrane headaches
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.

**Eyes:** Denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Genitourinary:** Denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence, genital sores, decreased libido.
**Musculoskeletal:** Denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.
**Skin:** Denies rash, itching, dryness, suspicious lesions.
**Neurologic:** Denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.
**Endocrine:** Denies cold intolerance, heat intolerance, polydipsia, polyphagia, polyuria, weight change.
**Heme/Lymphatic:** Denies abnormal bruising, bleeding, enlarged lymph nodes.
**Allergic/Immunologic:** Denies urticaria, hay fever, persistent infections, HIV exposure.
**Dental:** Denies toothache, bleeding gums, broken tooth, lost filling, temperature sensitivity, jaw pain, swelling (specify).

**Nurse Physical Exam**

**General**
**Comments:** Inmate complaining of migrane headaches, states excedrin is not helping.  Will schedule doctor call for f/u evaluation.

**Respiratory System**

**Breath Sounds**
**Pulse Ox:** 98

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male DOB:⬛⬛⬛⬛⬛ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

**Plan**
**Problem/Diagnosis List**
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)

**Copay**

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:**Orders/Referrals:**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Medical-Other [S018]
Physical Therapy [REF020]
Medical-Other [S018]

**Orders to be Processed and/or Transcribed**

**Electronically Signed by Lavonia James,RN on 11/03/2015 at 8:35 AM**

---

**11/03/2015 - Internal Other: Chart Note for : Mental Health**
**Provider: Lavonia James,RN**
**Location of Care: New Jersey State Prison**

## Chart Note

**Narrative:** Inmate dropped sick call slip requesting to speak with mental health, will refer to mental health.

**Problems/Allergies/Observation Changes**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 15
Chart Document

**DENZEL MORGAN**
Male  DOB:▮▮▮▮▮▮  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Orders to be Processed and/or Transcribed

**Electronically Signed by Lavonia James,RN on 11/03/2015 at 8:17 AM**

---

**11/02/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

## Sick Call Triage

**Inmate/Patient Complaint** wants to speak with MH
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 11/02/2015 at 11:12 AM**

---

**10/31/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

## Chart Note

**Narrative:** rec'd i/m at cell door.  c/o ineffective migraine medication.  returned 54 tabs of Excedrin to writer.  would like provider to order something more effective.  will route this to provider for f/u.

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Electronically Signed by Kenneth Bass, RN on 10/31/2015 at 11:22 AM**
**Electronically Signed by Kenneth Bass, RN on 10/31/2015 at 11:24 AM**

**10/30/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** ineffective med regimen
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 10/30/2015 at 12:01 PM**

**10/30/2015 - Office Visit: Optometry Visit for**
**Provider: Robert A. Bucchino,OD**
**Location of Care: Northern State Prison-Main**

## OPTOMETRY VISIT

**History**
**Today's Date Eye Exam:** 10/30/2015
**Display of last eye exam** 10/05/2015 (10/05/2015 9:42:56 AM)
**Current Problems:**
ASTIGMATISM (ICD-367.2), R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81).

**Plan**
**Problem/Diagnosis List**
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male  DOB: ⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Orders/Referrals:**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Prescription Eyewear [EQ023]
Medical-Other [S018]
Physical Therapy [REF020]
Medical-Other [S018]

## Orders to be Processed and/or Transcribed

**Electronically Signed by Robert A. Bucchino,OD on 10/30/2015 at 8:22 AM**

---

**10/27/2015 - Office Visit: Sick Call F/U discuss ortho recommendations**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

inches

**Peak Flow**

**Mental Health High-Risk Inquiry Incident:**

**Physical Exam**
**General appearance:** well nourished, well hydrated, no acute distress

**Ears, Nose and Throat**
**Hearing:** grossly intact

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles

**Musculoskeletal**
**Gait and station:** normal, can undergo exercise testing and/or participate in exercise program
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Head and neck:** normal alignment and mobility
**Spine, ribs, pelvis:** normal alignment and mobility, no deformity
**RUE:** normal ROM and strength, no joint enlargement or tenderness
**LUE:** normal ROM and strength, no joint enlargement or tenderness
**RLE:** normal ROM and strength, no joint enlargement or tenderness

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 18
Chart Document

**DENZEL MORGAN**
Male  DOB: ⬛⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**LLE:** mild swelling left foot, S/P sesamoid fx

**Mental Status Exam**
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation

**Assessment**
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** Discussed ortho recommendations- P.T. consult submitted for approval
S/P left sesamoid fx- partial weight bearing-move closer to shower

**Plan:**
P.T. eval pending=partial weight bearing
Move closer to shower

**Orders to be Processed and/or Transcribed**

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Medical-Other [S018]

**Electronically Signed by Kimberlee Adams,NP on 10/27/2015 at 12:53 PM**

**10/26/2015 - Internal Other: Chart Note for med order**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

**Chart Note**

**Narrative:**

**Problems/Allergies/Observation Changes**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 19
Chart Document

**DENZEL MORGAN**
Male  DOB: ▊▊▊▊▊  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Orders to be Processed and/or Transcribed

**New or Changed Medications & Immunizations**
PAIN-OFF 250-250-65 MG TABS (ASPIRIN-ACETAMINOPHEN-CAFFEINE) one tab po bid x30 days
prn

**Electronically Signed by Kimberlee Adams,NP on 10/26/2015 at 8:44 AM**

---

**10/27/2015 - Append: Chart Note for med order**
**Provider: Tiffany White, LPN**
**Location of Care: New Jersey State Prison-Main**

Orders transcribed.
Faxed to Diamond.

**Electronically Signed by Tiffany White, LPN on 10/27/2015 at 8:14 PM**
**Electronically Signed by Marion Still, RN on 10/28/2015 at 3:24 AM**

---

**10/26/2015 - Diagnostic Report Other: XRAY**
**Provider: Joy Camarillo, APN**
**Location of Care: NJ Department of Corrections**

XRAY

ORDERING PROVIDER: JOY CAMARILLO

ANKLE COMPLETE, MIN 3V, LEFT
Results: Left: No fracture or dislocation.  The osseous structures appear
intact.
Joint spaces are preserved.  Soft tissues are unremarkable.
Conclusion: No acute osseous abnormality.
Electronically signed by NICOLAUS J. KUEHN, M.D. 10/27/2015 2:05:40 AM EDT.
        FOOT COMPLETE, MIN 3V, LEFT
Results: Left: No fracture or dislocation.  The osseous structures appear
intact.
Joint spaces are preserved.  Soft tissues are unremarkable.
Conclusion: No acute osseous abnormality.
Electronically signed by NICOLAUS J. KUEHN, M.D. 10/27/2015 2:05:40 AM EDT.

(SIGNED BY RADIOLOGIST): NICOLAUS KUEHN
DATE OF SERVICE: 10/26/2015
NAME: DENZEL MORGAN
DOB: 05/02/1990

**New Jersey State Prison-Main**
 Trenton, NJ
 Fax:

*December 3, 2015*
Page 20
Chart Document

**DENZEL MORGAN**
Male DOB:████████Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

```
SBI#: 000873171C
Provider: MOBILEX
Code: 73610
```

**Electronically Signed by Joy Camarillo, APN on 10/29/2015 at 8:59 AM**

---

**10/23/2015 - Office Visit: Nurse Sick Call for meds for migraine headaches**
**Provider: Channel Howell, RN**
**Location of Care: New Jersey State Prison-Main**

**Vital Signs**
inches
T: **98.0** deg F.  T site: **oral**  R: **17**  BP: **118/64**
**Radial Pulse rate:** 70 **Rhythm:** regular **Quality:** Bounding
 **Pulse Ox:** 99
**Blood Pressure:** 118/64 mm Hg

**Peak Flow**

**Orientation Level**
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

SERTRALINE HCL 25 MG TABS (SERTRALINE HCL) Give 1 tab (25mg) po qAM X30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Increase to 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days
MELOXICAM 7.5 MG TABS (MELOXICAM) take one tab po bid x30 days

**Nurse SOAP Note-subjective**
**Reason for visit:** Sick call
**Chief Complaint:** reoccurring headaches
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.

**Nurse Physical Exam**

**General**
**Comments:** Patient seen on tier. He is in no distress and not suffering from a reported migraine
headache during time of visit. He reports he experiences sensitivity to light and pulsating pain in his
head with onset of headache. He was recently seen by NP for treatment with excedrin. Patient advised
to report effectiveness of medication.

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)


**Respiratory System**

**Breath Sounds**
**Pulse Ox:** 99


**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

**Nursing Assessment**

**Other**
   **Diagnosis:** actual
   **Related to:** onset of migraine headaches
   **Actual Problem evidenced by:** dx migraine headaches, interference with ADLs.


**Plan**
**Problem/Diagnosis List**
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)


**Copay**

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:**Orders/Referrals:**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Prescription Eyewear [EQ023]
Medical-Other [S018]
Orthopedics Consult [REF017]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
X-Ray, Ankle [XRCPT-73610]
X-Ray, Foot [XRCPT-73630]
Physical Therapy [REF020]


**Orders to be Processed and/or Transcribed**



**Electronically Signed by Channel Howell, RN on 10/24/2015 at 5:09 PM**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 22
Chart Document

**DENZEL MORGAN**
Male  DOB: ████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**10/22/2015 - Internal Other: Chart Note for  P.T/Schedule follow-up ortho recommendations**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:**
Seen by ortho, needs follow-up to discuss and P.T. consult

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Other Internal Referral [INRF009]
Physical Therapy [REF020]

**Electronically Signed by Kimberlee Adams,NP on 10/22/2015 at 2:37 PM**
**Electronically Signed by Abu Ahsan,MD on 10/26/2015 at 4:12 PM**

---

**10/22/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** headaches
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 10/22/2015 at 12:56 PM**

---

**New Jersey State Prison-Main**
 Trenton, NJ
 Fax:

**DENZEL MORGAN**
Male  DOB:█████████  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)


**10/22/2015 - Internal Other: Chart Note for Ortho Clinic**
**Provider: Jill Dunlap, LPN**
**Location of Care: New Jersey State Prison-Main**


<strong>Chart Note</strong>


**Narrative:**  Patient was seen at NJSP Ortho Clinic by Dr
Shakir.............................................................Jill Dunlap, LPN  October 22, 2015 12:24 PM


**Problems/Allergies/Observation Changes**



**Orders to be Processed and/or Transcribed**



**Electronically Signed by Jill Dunlap, LPN on 10/22/2015 at 12:27 PM**
_____


**10/22/2015 - Internal Other: Chart Note for x-ray**
**Provider: Joy Camarillo, APN**
**Location of Care: New Jersey State Prison**


<strong>Chart Note</strong>


**Narrative:**


**Problems/Allergies/Observation Changes**



**Orders to be Processed and/or Transcribed**

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
X-Ray, Ankle [XRCPT-73610]
X-Ray, Foot [XRCPT-73630]



**Electronically Signed by Joy Camarillo, APN on 10/22/2015 at 8:02 AM**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 24
Chart Document

**DENZEL MORGAN**
Male  DOB:████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

---

**10/22/2015 - Diagnostic Report Other: XRAY**
**Provider: Kimberlee Adams,NP**
**Location of Care: NJ Department of Corrections**


XRAY

ORDERING PROVIDER: JOY CAMARILLO

ANKLE COMPLETE, MIN 3V, LEFT
Results: The ankle mortise is well preserved without any fracture or
dislocation.
Bony ossification is normal and there is no soft tissue swelling.
Conclusion: Normal left ankle. The findings are unchanged from 9/28/2015.
Electronically signed by MICHAEL JOHNSON, D.O. 10/22/2015 1:23:12 PM EDT.


(SIGNED BY RADIOLOGIST): MICHEAL JOHNSON
DATE OF SERVICE: 10/22/2015
NAME: DENZEL MORGAN
DOB: 05/02/1990
SBI#: 000873171C
Provider: MOBILEX
Code: 73610

**Electronically Signed by Kimberlee Adams,NP on 10/23/2015 at 3:13 PM**

---

**10/22/2015 - Consultation Report: ORTHOPEDIC CONSULTATION**
**Provider: Kimberlee Adams,NP**
**Location of Care: NJ Department of Corrections**


ORTHOPEDIC CONSULTATION

10/22/2015


RE:  DENZEL MORGAN
DOB:  05/02/1990
SBI#:  000873171C
Ordering Provider:  cmsada6

The patient is a 25-year-old male who presents one month after an injury.
He states that he had a twisting injury to the left ankle.  Significant
pain is associated with weightbearing.  He states that he has swelling over
the lateral aspect of his foot.

Physical examination reveals a large amount of swelling noted over the ATFL
laterally.  Minimal soreness is also noted medially.  He also has
tenderness over the metatarsophalangeal joint dorsally as well as plantar.

Sensation is grossly intact.

**New Jersey State Prison-Main**
 Trenton, NJ
 Fax:

*December 3, 2015*
Page 25
Chart Document

**DENZEL MORGAN**
Male DOB:~~_____~~ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

X-ray examination of the left ankle today reveals there to be no fracture
or dislocation of the ankle itself.  There is a sesamoid fracture seen on
the lateral.

IMPRESSION:
Left ankle sprain with a sesamoid fracture.

PLAN:
The patient should be allowed partial weightbearing to the left lower
extremity.  Crutch mobilization should be tried for one month.

At this time, the patient is allowed full range of motion.  He should
elevate, ice and rest as much as possible.

The patient should continue to use the crutch for partial weightbearing for
one month.  He can then be transitioned to regular full weightbearing at
that time.  Physical therapy should be initiated at that time.  He does not
require follow up.


Ahmar Shakir, DO

mts/834811/31


**Electronically Signed by Kimberlee Adams,NP on 10/22/2015 at 2:26 PM**

--------------------------------------------------------------------


**10/22/2015 - Append: ORTHOPEDIC CONSULTATION**
**Provider: Kimberlee Adams,NP**
**Location of Care: NJ Department of Corrections**


Schedule follow-up to discuss orthoconsult recommendations


**Electronically Signed by Kimberlee Adams,NP on 10/22/2015 at 2:26 PM**

--------------------------------------------------------------------


**10/20/2015 - Office Visit: Sick Call follow-up foot pain**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**


inches

**Peak Flow**


**Doctor Visit: subjective**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 26
Chart Document

**DENZEL MORGAN**
Male  DOB:███████Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## From Doctor Visit
**Dr Visit Chief Complaint:** Follow-up foot pain- pt. seen at cell door, continues to complain of left foot pain and swelling, also with frontal headaches at times
**Reason for Visit:** Follow-Up
**Mental Health High-Risk Inquiry Incident:**

### Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Musculoskeletal:** Complains of joint pain. My foot and ankle is still swollen
**Neurologic:** Complains of other(specify). Headaches

### Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

### Eyes
**Pupils:** PERRAL EOMI 3mm/2
**Ophthalmoscopic:** Fundoscopic exam done by optometry

### Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles

### Musculoskeletal
**LLE:** Left foot swelling, left aqnkle swelling

### Skin
**Inspection:** Left foot and ankle swelling

### Mental Status Exam
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation

### Assessment
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** Discussed Xrays of left foot and ankle
Left foot and ankle swelling/pain-did not have acewrap on, instructed to keep extremity elevated
Frontal headaches-possible tension headaches

Medications:

MELOXICAM 7.5 MG TABS (MELOXICAM) take one tab po bid x30 days

### Plan:
Reviewed Xrays with pt.
Ortho consult pending
Excedrine migraine 2 tabs po bid x30 days

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 27
Chart Document

**DENZEL MORGAN**
Male  DOB:●●●●●●●●  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Orders to be Processed and/or Transcribed**

**New or Changed Medications & Immunizations**
MELOXICAM 7.5 MG TABS (MELOXICAM) take one tab po bid x30 days

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Other Internal Referral [INRF009]

**Electronically Signed by Kimberlee Adams,NP on 10/20/2015 at 1:39 PM**

**10/20/2015 - Append: Sick Call follow-up foot pain**
**Provider: Paris Wilson, LPN**
**Location of Care: New Jersey State Prison-Main**

Orders transcribed.

**Electronically Signed by Paris Wilson, LPN on 10/20/2015 at 6:58 PM**

**10/21/2015 - Append: Sick Call follow-up foot pain**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Orders transcribed.

**Electronically Signed by Kenneth Bass, RN on 10/21/2015 at 12:58 AM**

**10/18/2015 - Office Visit: Nurse Sick Call for cont foot pain**
**Provider: Susan Spingler, RNC**
**Location of Care: New Jersey State Prison-Main**

**Vital Signs**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 28
Chart Document

**DENZEL MORGAN**
Male DOB: ███████ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

inches
T: **98.1** deg F.  R: **20**  BP: **120/72**
**Radial Pulse rate:** 64   **Blood Pressure:** 120/72 mm Hg

**Peak Flow**

**Orientation Level**
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

SERTRALINE HCL 25 MG TABS (SERTRALINE HCL) Give 1 tab (25mg) po qAM X30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Increase to 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days
ACETAMINOPHEN 325 MG TABS (ACETAMINOPHEN) 2 tablets 3 times dailey for 5 days as
needed.

**Nurse SOAP Note-subjective**
**Reason for visit:** Sick call
**Chief Complaint:** foot pain
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**

**Musculoskeletal:** Complains of joint pain, joint swelling, stiffness. left foot

**Nurse Physical Exam**

**General**
**Comments:** seen on tier
reports he continues with foot pain
unable to fully bear weight
walks with limb

**Nurse Physical Exam**
**Musculoskeletal System**
**Evidence of injury:** Yes
**Gait:** Abnormal
limping
**Balance:** Abnormal
**Range of Motion:** Full
**Upper Extremity Muscle Strength:** Normal
**Lower Extremity Strength** Abnormal
**Comments:** left foot with notable swelling to top of foot

**New Jersey State Prison-Main**
 Trenton, NJ
Fax:

**DENZEL MORGAN**
Male  DOB: ~~Booking~~ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

advised of negative results
reports tylenol not effective for pain
 pt has pending referral for follow up
advised he would be seen this week
Inmate gives verbal understanding.
...................................................Susan Spingler, RNC  October 18, 2015 7:39 AM


**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes


**Plan**
**Problem/Diagnosis List**
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)


Allergies:**Orders/Referrals:**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Prescription Eyewear [EQ023]
Medical-Other [S018]
Orthopedics Consult [REF017]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]


## Orders to be Processed and/or Transcribed

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]


**Electronically Signed by Susan Spingler, RNC on 10/18/2015 at 7:39 AM**

---

**10/17/2015 - Internal Other: Sick Call Triage**
**Provider: Lance C. Carver, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage


**Sick Call Triage**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male DOB: ████████ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Inmate/Patient Complaint** foot pain
**Type of Sick Call:** Clinical
**Urgency:** Routine

**Electronically Signed by Lance C. Carver, RN on 10/17/2015 at 12:59 PM**

---

**10/17/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

## Chart Note

**Narrative:** rec'd i/m at door of cell. c/o continued ha. was seen by provider for this problem on 10/8, where provider ordered xray and scheduled f/u for 1 wk after xray. will route to scheduler for appt.

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

**Electronically Signed by Kenneth Bass, RN on 10/17/2015 at 10:54 AM**
**Electronically Signed by Kenneth Bass, RN on 10/17/2015 at 10:54 AM**
**Electronically Signed by Kenneth Bass, RN on 10/17/2015 at 10:55 AM**

---

**10/16/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** worstening ha
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24

**New Jersey State Prison-Main**
 Trenton, NJ
 Fax:

*December 3, 2015*
Page 31
Chart Document

**DENZEL MORGAN**
Male  DOB⬛⬛⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 10/16/2015 at 1:12 PM**

**10/15/2015 - Office Visit: Nurse Sick Call for left ankle discomfort**
**Provider: Barbara Brown, RN**
**Location of Care: New Jersey State Prison-Main**

**Vital Signs**
inches
R: **18**  BP: **125/80**
**Radial Pulse rate:** 80   **Blood Pressure:** 125/80 mm Hg

**Peak Flow**

**Orientation Level**
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

SERTRALINE HCL 25 MG TABS (SERTRALINE HCL) Give 1 tab (25mg) po qAM X30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Increase to 3 tabs (6mg) po qHS X30days
TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) Give 1 tab (100mg) po qhs X30 days

**Nurse SOAP Note-subjective**
**Reason for visit:** Sick call
**Chief Complaint:** left ankle discomfort
**Mental Health High-Risk Inquiry Incident:**

**Nurse Physical Exam**

**General**
**Comments:** pt complains of left ankle discomfort, slight + 1 swelling left ankle, given tylenol per nurse
protocol per pt preference, did not want motrin, has pending referral, will notify scheduler

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 32
Chart Document

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Nursing Assessment

### Health maintenance
Diagnosis: potential for

### Plan
**Problem/Diagnosis List**
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)

### Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 1

Allergies:**Orders/Referrals:**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Prescription Eyewear [EQ023]
Medical-Other [S018]
Orthopedics Consult [REF017]

### Orders to be Processed and/or Transcribed
Orders transcribed.

### New or Changed Medications & Immunizations
ACETAMINOPHEN 325 MG TABS (ACETAMINOPHEN) 2 tablets 3 times dailey for 5 days as
needed.

### Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.
Musculosketal Strain/Overuse Protocol [NP022]

**Electronically Signed by Barbara Brown, RN on 10/15/2015 at 3:23 PM**

---

**10/14/2015 - Internal Other: Sick Call Triage**
**Provider: Barbara Brown, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 33
Chart Document

**DENZEL MORGAN**
Male  DOB:⬛⬛⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Sick Call Triage

**Inmate/Patient Complaint** foot discomfort
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C

**Electronically Signed by Barbara Brown, RN on 10/14/2015 at 12:14 PM**

---

**10/10/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:** rec'd i/m at cell door. c/o rt foot pain and immobility. emr shows that i/m was seen by provider for this issue on 10/8, where xrays were reordered with f/u doctor call x 1 wk post xray. i/m advised of above writing, which he confirms, but says that he did not realize that the nurse at his cell door that day was his provider. so he neglected to discuss his situation with her. also advised him of provider plan. i/m voiced understanding. no further action taken.

### Problems/Allergies/Observation Changes

### Orders to be Processed and/or Transcribed

**Electronically Signed by Kenneth Bass, RN on 10/10/2015 at 10:16 AM**

---

**10/09/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

## Sick Call Triage

**New Jersey State Prison-Main**
  Trenton, NJ
Fax:

December 3, 2015
Page 34
Chart Document

**DENZEL MORGAN**
Male  DOB: ⬛⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Inmate/Patient Complaint** swollen painful foot
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 10/09/2015 at 1:17 PM**

**10/09/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

## Chart Note

**Narrative:** i/m was seen by provider on date of slip for this c/o.  no further action taken.

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**Electronically Signed by Kenneth Bass, RN on 10/09/2015 at 10:38 AM**

**10/08/2015 - Office Visit: Sick Call follow-up Xray/headaches**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

inches

**Peak Flow**

**Doctor Visit: subjective**

**From Doctor Visit**
**Dr Visit Chief Complaint:** F/U Xray results- pt. seen at cell door to discuss xray results

**New Jersey State Prison-Main**
 Trenton, NJ
 Fax:

*December 3, 2015*
Page 35
Chart Document

**DENZEL MORGAN**
Male  DOB: Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Reason for Visit:** Follow-Up
**Mental Health High-Risk Inquiry Incident:**

### Review of Systems
**Musculoskeletal:** Complains of joint pain, joint swelling, other(specify). Look at my ankle it's still swollen

### Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

### Ears, Nose and Throat
**Hearing:** grossly intact

### Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles

### Musculoskeletal
**Gait and station:** NWBLLE
**LLE:** Gross swelling Left foot/ankle

### Skin
**Inspection:** Mild ecchymosis to left malleolus

### Mental Status Exam
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation

### Assessment
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** Left foot/ankle injury-did not rece4ive ace wrap or ice
Xray results pending
Swelling/ecchymosis to LLE

### Plan:
Obtain xray and discuss with pt.
Reorder ice pack bid x5d-discussed with pt.
Acewrap to left foot as ordered-discussed with pt.
NWBLLE-discussed with pt.
Orthoconsult for evaluation-discussed with pt.
Continue IBU
F/U one week to discuss xray results

### Disposition
**Disposition:** return for followup
**Return in:** 1
Week(s)

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ███████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Orders to be Processed and/or Transcribed

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Other Internal Referral [INRF009]

**Electronically Signed by Kimberlee Adams,NP on 10/08/2015 at 2:39 PM**

**10/08/2015 - Internal Other: Chart Note for ice/orthoconsult**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:**

**Problems/Allergies/Observation Changes**

## Orders to be Processed and/or Transcribed

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Medical-Other [S018]
Orthopedics Consult [REF017]

**Electronically Signed by Kimberlee Adams,NP on 10/08/2015 at 2:27 PM**
**Electronically Signed by Abu Ahsan,MD on 10/12/2015 at 10:27 AM**

**10/08/2015 - Append: Chart Note for ice/orthoconsult**
**Provider: Tiffany White, LPN**
**Location of Care: New Jersey State Prison-Main**

Orders routed to appropriate desktops by provider.

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 37
Chart Document

**DENZEL MORGAN**
Male ███████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Electronically Signed by Tiffany White, LPN on 10/08/2015 at 7:10 PM
Electronically Signed by Marion Still, RN on 10/09/2015 at 4:40 AM

---

**10/08/2015 - Internal Other: Sick Call Triage**
**Provider: Lavonia James,RN**
**Location of Care: New Jersey State Prison**

Sick Call Triage

## Sick Call Triage

**Inmate/Patient Complaint** Inmate complaining of constant headaches
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C

Electronically Signed by Lavonia James,RN on 10/08/2015 at 10:40 AM

---

**10/05/2015 - Office Visit: Optometry Visit for**
**Provider: Robert A. Bucchino,OD**
**Location of Care: New Jersey State Prison-Main**

## OPTOMETRY VISIT

**History**
**Reason for Visit:** Eye exam and refraction
**Chief Complaint:** Blur @ distance, Blur @ near
**Comments:** vague complaints about os
**Today's Date Eye Exam:** 10/05/2015
**Ocular History (self):** No
**Ocular History (Family):** No
**General Health:** Good
**Current Problems:**
ASTIGMATISM (ICD-367.2), R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81).

**Visual Acuity**
Without RX

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ████████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)


**Distance**
**O.D.:** 25
**O.S.:** 30

**Ophthalmoscopy**
**O.D. C/D:** .4
**Media:** Clear
**Macula:** Clear
**O.S. C/D:** .4
**Media:** Clear
**Macula:** Clear
**All external structures are clear:** Yes
**Dilated eye exam:** Yes


**Refraction:  Static**

**Subj**
**O.D.:** +.50       **O.S.:** +.50-.50x90
**Visual Acuity**
**O.D. 20/** 20
**O.S. 20/** 20

**Add**
**PD:** 60

**Plan**
**Plan comments:** ord gl
**Problem/Diagnosis List**
ASTIGMATISM (ICD-367.2)
R/O POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)


**Orders/Referrals:**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
X-Ray, Foot [XRCPT-73630]
X-Ray, Ankle [XRCPT-73610]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Referral- Nursing to Mental Health [INRF099]
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Optometrist [INRF098]
Prescription Eyewear [EQ023]

**Orders to be Processed and/or Transcribed**


**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
*Page 39*
*Chart Document*

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮▮ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Prescription Eyewear [EQ023]

**Electronically Signed by Robert A. Bucchino,OD on 10/05/2015 at 9:50 AM**

---

**10/05/2015 - Diagnostic Report Other: XRAY**
**Provider: James Brewin, APN, MSN**
**Location of Care: NJ Department of Corrections**

```
XRAY

ORDERING PROVIDER: KIMBERLEE RENEE ADAMS

ANKLE AP and LAT 2V, LEFT
Results: Left ankle
There is no prior study available for comparison. There is soft tissue
swelling.
There is no bone abnormality to suggest a recent fracture or dislocation.
The
tibiotalar joint appears maintained. There is no calcaneal osteophyte.
Conclusion: Unremarkable ankle.
Electronically signed by CONSTANTINA LAMPROPOULOS, M.D. 10/5/2015 12:05:06
PM EDT.
        FOOT COMPLETE, MIN 3V, LEFT
Results: Left foot
There is no prior study available for comparison. There is soft tissue
swelling.
There are no significant degenerative changes. There is no bone abnormality
to
suggest a recent fracture or dislocation.
Conclusion: Unremarkable foot.
Electronically signed by CONSTANTINA LAMPROPOULOS, M.D. 10/5/2015 12:05:06
PM EDT.


(SIGNED BY RADIOLOGIST): CONSTANTINA LAMPROPOULOS
DATE OF SERVICE: 10/05/2015
NAME: DENZEL MORGAN
DOB: 05/02/1990
SBI#: 000873171C
Provider: MOBILEX
Code: 73600
```

**Electronically Signed by James Brewin, APN, MSN on 10/06/2015 at 2:31 PM**

---

**10/06/2015 - Append: XRAY**
**Provider: James Brewin, APN, MSN**
**Location of Care: NJ Department of Corrections**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 40
Chart Document

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Results reviewed, to be discussed at next visit

**Electronically Signed by James Brewin, APN, MSN on 10/06/2015 at 2:31 PM**

**09/30/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:** rec'd i/m at cell door. c/o not receiving ordered xray. emr shows i/m was scheduled for xray on 9/28, but wasn't brought to clinic. writer reported situation to nurse manager. i/m was rescheduled for Thr 10/1 at 0830. i/m and tier officer advised of pending appt. i/m and officer voiced acceptanc.

### Problems/Allergies/Observation Changes

### Orders to be Processed and/or Transcribed

**Electronically Signed by Kenneth Bass, RN on 09/30/2015 at 11:31 AM**

**09/29/2015 - Internal Other: Sick Call Triage**
**Provider: Lavonia James,RN**
**Location of Care: New Jersey State Prison**

Sick Call Triage

### Sick Call Triage

**Inmate/Patient Complaint** requesting x-ray of foot
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Comments:** Inmate scheduled for x-ray on Thursday 10/1/15

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
*Page 41*
*Chart Document*

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Electronically Signed by Lavonia James,RN on 09/29/2015 at 1:30 PM**

**09/29/2015 - Office Visit: Follow-up Xray**
**Provider: Kimberlee Adams,NP**
**Location of Care: New Jersey State Prison-Main**

inches

**Peak Flow**

**Doctor Visit: subjective**

**From Doctor Visit**
**Dr Visit Chief Complaint:** Follow-up Xray, seen at cell door due to PHD status
**Reason for Visit:** Follow-Up
**Mental Health High-Risk Inquiry Incident:**

**Review of Systems**
**Musculoskeletal:** Complains of joint pain, joint swelling, other(specify). I didn't get my xray yesterday

**Physical Exam**
**General appearance:** well nourished, well hydrated, no acute distress

**Eyes**
**External:** Left periorbital ecchymosis and mild swelling, denies blurred vision or diplopia
**Pupils:** Mild scleral injection
**Ophthalmoscopic:** Referred to optometry for evaluation

**Ears, Nose and Throat**
**Hearing:** grossly intact

**Neck**
**Neck:** supple, no masses, trachea midline

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles

**Cardiovascular**
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

**Musculoskeletal**
**Gait and station:** States unable to bear weight on left foot
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Head and neck:** normal alignment and mobility
**Spine, ribs, pelvis:** normal alignment and mobility, no deformity

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male ▆▆▆▆▆▆▆▆ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)


**RUE:** normal ROM and strength, no joint enlargement or tenderness
**LUE:** normal ROM and strength, no joint enlargement or tenderness
**RLE:** normal ROM and strength, no joint enlargement or tenderness
**LLE:** Left foot swelling, able to wiggle toes

**Skin**
**Inspection:** Swelling to left foot

**Mental Status Exam**
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation


**Assessment**
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** Left periorbital ecchymosis, mild swelling and scleral injection
Left foot contusion
Left foot swelling


**Plan:**
Scheduled for Xray left foot 10/1/15
Follow-up in clinic 10/2/15
Medical ice topically to left foot daily x5 days
Acewrap to left foot, wear daily x7 days
Move to flats on unit
W/C transport x7 days
Optometry referral

**Disposition**
**Disposition:** return for followup
**Return in:** 4
Day(s)



**Orders to be Processed and/or Transcribed**

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
NO Work-NO Rec [S046]
Medical-Other [S018]
Housing-Ground Floor ONLY [S013]
Ace Bandages [EQ001]
Wheelchair [EQ021]
Other Internal Referral [INRF009]
Optometrist [INRF098]

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 43
Chart Document

**DENZEL MORGAN**
Male █████████, Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Electronically Signed by Kimberlee Adams,NP on 09/29/2015 at 1:26 PM**

---

**09/29/2015 - Append: Follow-up Xray**
**Provider: Paris Wilson, LPN**
**Location of Care: New Jersey State Prison-Main**

No new order(s) to transcribe, routed to appropriate desktop by provider.

**Electronically Signed by Paris Wilson, LPN on 09/29/2015 at 2:17 PM**

---

**10/01/2015 - Append: Follow-up Xray**
**Provider: Abu Ahsan,MD**
**Location of Care: New Jersey State Prison-Main**

case reviewed with NP, agree with plan

**Electronically Signed by Abu Ahsan,MD on 10/01/2015 at 11:41 AM**

---

**09/29/2015 - Internal Other: Appointment No Show**
**Provider: Nurse NJSP Transcription**
**Location of Care: New Jersey State Prison-Main**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to no show by
Rohan Stevens, LPN on 09/29/2015 6:40 AM.

No Show Comments
----------------------

Rescheduled

Appointment Information
-----------------------

Appt Type:  X-Ray
     Date:  Monday, September 28, 2015
     Time:  9:30 AM for 15 min
  Urgency:  Routine
```

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 44
Chart Document

**DENZEL MORGAN**
Male ▬▬▬▬▬▬▬ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

```
 Made By:  LinkLogic
To Visit:  NJSP X-RAY
 Reason:   MEDXR

Appt Comments
-------------
-- 9/25/15 5:40: (ROHAN STEVENS) BOOKED --
Routine  at 09/28/2015 9:30 AM for 15 min
MEDXR_____
```

**09/25/2015 - Imaging Report: CT ORBIT/EAR/SELLA/POST FOS WO C**
**Provider: Abu Ahsan,MD**
**Location of Care: NJ Department of Corrections**

```
CT ORBIT/EAR/SELLA/POST FOS WO C
***Final Report***
REFERRING  ARTURO JIMENEZ MD
PHYSICIAN: 66 WEST GILBERT STREET
   RED BANK, NJ 07701

Procedure Reason: Trauma
Examination:  FCT 0480 - CT ORBIT/EAR/SELLA/POST FOS WO C
Date:    Sep 6 2015
RESULT:
CT Maxillofacial Bones Without Contrast
HISTORY:
Assault.
COMMENTS:
Prior exams: None available.
Technique: Direct axial images of the orbits/maxillofacial area were
obtained with coronal reformations.  No intravenous contrast was used.
Left periorbital soft tissue swelling is seen.
Mildly depressed left nasal bone fracture is seen. Dehiscence versus old
fracture of the right medial orbital wall is seen.
The mandible, pterygoid plates, maxillary sinus walls, and zygomatic
arches are intact.
The optic globes and retrobulbar soft tissues are normal.
There is mild mucosal thickening of the right maxillary sinus. The
mastoid air cells are well pneumatized.
IMPRESSION:
Left periorbital soft tissue swelling. Mildly depressed left nasal bone
fracture. Dehiscence versus fracture of the right medial orbital wall.
A preliminary report was provided by the on-call radiologist Dr. Fiorito
on 9/6/2015 at 12:51 a.m.
INTERPRETING PHYSICIAN:     SANDIP NAYEE, MD M.D.
342676
```

**Electronically Signed by Abu Ahsan,MD on 09/28/2015 at 10:57 AM**

**09/28/2015 - Append: CT ORBIT/EAR/SELLA/POST FOS WO C**
**Provider: Abu Ahsan,MD**
**Location of Care: NJ Department of Corrections**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ▉▉▉▉▉▉▉ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

fup in clinic

Electronically Signed by Abu Ahsan,MD on 09/28/2015 at 10:57 AM

---

**09/24/2015 - Internal Other: Chart Note for MR007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:** i/m continue to c/o dizziness. advised that he was already scheduled for doctor call on 9/21 for this problem, but did not appear. i/m reported not being alerted, by custody, that he was on travel log. advised him that i would have him rescheduled and that he also had a pending xray appt. writer will attempt to have both appt on same day. scheduler flagged to accomplish that.

### Problems/Allergies/Observation Changes

### Orders to be Processed and/or Transcribed

Electronically Signed by Kenneth Bass, RN on 09/24/2015 at 11:15 AM

---

**09/23/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

### Sick Call Triage

**Inmate/Patient Complaint** dizziness
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

New Jersey State Prison-Main
 Trenton, NJ
 Fax:

December 3, 2015
Page 46
Chart Document

**DENZEL MORGAN**
Male ███████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Electronically Signed by Kenneth Bass, RN on 09/24/2015 at 11:18 AM

---

**09/21/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

## Sick Call Triage

**Inmate/Patient Complaint** ptsd symptoms
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Refer to MH Dept
**Comments:** referred to MH, routed to Dr. DeFilippo

Electronically Signed by Kenneth Bass, RN on 09/21/2015 at 10:17 AM
Electronically Signed by Kenneth Bass, RN on 09/21/2015 at 2:04 PM

---

**09/19/2015 - Office Visit: Nurse Sick Call for c/o dizziness**
**Provider: Channel Howell, RN**
**Location of Care: New Jersey State Prison-Main**

## Vital Signs
inches
T: **98.0** deg F.  T site: **tympanic**  R: **18**  BP: **122/80**
Radial Pulse rate: 104 **Rhythm:** regular **Quality:** Bounding
 **Pulse Ox:** 98
**Blood Pressure:** 122/80 mm Hg

## Peak Flow

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

IBUPROFEN 800 MG TABS (IBUPROFEN) 1 tab by mouth with food  three times daily as needed for pain x 30 days
PRAZOSIN HCL 2 MG CAPS (PRAZOSIN HCL) Give 1 tab (2mg) po qhs X24 days

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)


TYLENOL WITH CODEINE #3 300-30 MG TABS (ACETAMINOPHEN-CODEINE) 1 tab crushed &
DOT by mouth twice daily as needed for pain x 7 days


## Nurse SOAP Note-subjective
**Reason for visit:** Sick call
**Chief Complaint:** c/o dizziness, sob, chest pain, syncope
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**


**Cardiovascular:** Complains of chest pains. Denies palpitations, syncope, dyspnea on exertion,
orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Neurologic:** Complains of syncope. Denies transient paralysis, weakness, paresthesias, seizures,
tremors, vertigo.


## Nurse Physical Exam

### General
**Comments:** Patient visit was to again address left foot pain, swelling. However,Patient has new
complaint regarding dizziness, sob, chest pain, then reports he passed out this morning. This episode
started yesterday with dizziness but resolved therefore he did not report it.  At this time he is alert,
oriented, denies any symptoms. His vital signs are wnl and stable. Patient will be referred to provider
for new onset of symptoms.

### Respiratory System
**Breathing:** Normal

### Breath Sounds
**Pulse Ox:** 98


## Nurse Physical Exam

### Neurological
**Personal Hygiene:** Appropriate
**LOC:** Alert
**Speech:** Clear
**Pupils:** Equal, Reactive to Light
**Gait:** Normal
**Balance:** Normal
**Range of Motion:** Full
**Tremors:** No

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

## Nursing Assessment

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male ~~000000000000~~ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Injury**
  **Diagnosis:** potential for
  **Related to:** s/p physical altercation
  **Actual Problem evidenced by:** reports of new onset of dizziness, syncope

**Plan**

**Copay**

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:**Orders/Referrals:**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
X-Ray, Foot [XRCPT-73630]
X-Ray, Ankle [XRCPT-73610]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**Orders to be Processed and/or Transcribed**

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**Electronically Signed by Channel Howell, RN on 09/19/2015 at 11:37 AM**

---

**09/18/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** injured left foot from custody assault
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 49
Chart Document

**DENZEL MORGAN**
Male ▆▆▆▆▆▆▆ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Electronically Signed by Kenneth Bass, RN on 09/18/2015 at 12:19 PM

---

09/15/2015 - Internal Other: Chart Note for order
Provider: Abu Ahsan,MD
Location of Care: New Jersey State Prison

## Chart Note

Narrative:

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Other Internal Referral [INRF009]

Electronically Signed by Abu Ahsan,MD on 09/15/2015 at 10:24 AM

---

09/15/2015 - Append: Chart Note for order
Provider: Paris Wilson, LPN
Location of Care: New Jersey State Prison

No new order(s) to transcribe, routed to scheduler for follow-up.

Electronically Signed by Paris Wilson, LPN on 09/15/2015 at 2:21 PM
Electronically Signed by Marion Still, RN on 09/16/2015 at 2:03 AM

---

09/14/2015 - Clinical Lists Update: Add I/M to MHSNR
Provider: Douglas Leonard, DO
Location of Care: New Jersey State Prison-Main

### CHRONIC CARE CLINIC

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 50
Chart Document

**DENZEL MORGAN**
Male                      Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Add to Roster**

Rosters
MH SPECIAL NEEDS.

## Orders to be Processed and/or Transcribed

**CCC Roster Instructions & Clinical Directives**
Added new directive of MH SPECIAL NEEDS

**Electronically Signed by Douglas Leonard, DO on 09/14/2015 at 1:16 PM**

**09/14/2015 - Office Visit: Sick Call left ankle swelling**
**Provider: James Brewin, APN, MSN**
**Location of Care: New Jersey State Prison**

inches

## Peak Flow

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

## Doctor Visit: subjective

**From Doctor Visit**
**Dr Visit Chief Complaint:** left ankle pain & swelling
**Reason for Visit:** Sick Call
**Mental Health High-Risk Inquiry Incident:**
**High Risk Comments:** pt seen at cell door unbabe to obtain VS

**Review of Systems**
**Musculoskeletal:** Complains of joint pain, joint swelling. Denies back pain, muscle cramps, muscle weakness, stiffness, arthritis. C/O pain & swelling left ankle x 9 days, unable to weight bear and decreased ROM. C/O numbness 3rd-5th toes.

**Physical Exam**
**General appearance:** well nourished, well hydrated, no acute distress

**Eyes**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 51
Chart Document

**DENZEL MORGAN**
Male ▰▰▰▰▰▰▰▰▰▰ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**External:** conjunctivae and lids normal

**Ears, Nose and Throat**
**External ears:** normal, no lesions or deformities
**External nose:** normal, no lesions or deformities
**Hearing:** grossly intact

**Neck**
**Neck:** supple, no masses, trachea midline

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles

**Cardiovascular**
**Pedal pulses:** pulses 2+ Left, cap refill brisk, toes warm & mobile
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

**Musculoskeletal**
**Gait and station:** unable to weightbear on left foot.
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Head and neck:** normal alignment and mobility
**Spine, ribs, pelvis:** normal alignment and mobility, no deformity
**LLE:** sweling ankle & dorsal foot - cap refill brisk, toes warm & mobile

**Skin**
**Inspection:** no rashes, lesions, or ulcerations

**Neurologic**
**Cranial nerves:** II - XII grossly intact

**Mental Status Exam**
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events

**Assessment**
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes
**Assessment:** R/O Fracture ankle/foot

**Plan:**
x-ray Left ankle/foot
F/U 1 week
contineu analgesics as prescribed

**Disposition**
**Disposition:** return for followup
**Return in:** 1
Week(s)

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 52
Chart Document

**DENZEL MORGAN**
Male ███████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

### Copay

**Medical Copay Charged: 0**
**Medication Copay Charged: 0**

### Orders to be Processed and/or Transcribed

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
X-Ray, Foot [XRCPT-73630]
X-Ray, Ankle [XRCPT-73610]
Other Internal Referral [INRF009]

**Electronically Signed by James Brewin, APN, MSN on 09/14/2015 at 1:09 PM**

---

**09/14/2015 - Append: Sick Call left ankle swelling**
**Provider: James Brewin, APN, MSN**
**Location of Care: New Jersey State Prison**

T3 renewed

**Electronically Signed by James Brewin, APN, MSN on 09/14/2015 at 1:19 PM**

---

**09/14/2015 - Append: Sick Call left ankle swelling**
**Provider: Paris Wilson, LPN**
**Location of Care: New Jersey State Prison**

No new order(s) to transcribe, routed to scheduler for follow-up.

**Electronically Signed by Paris Wilson, LPN on 09/14/2015 at 4:44 PM**

---

**09/14/2015 - Append: Sick Call left ankle swelling**
**Provider: Paris Wilson, LPN**
**Location of Care: New Jersey State Prison**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮▮▮ Booking #:789512 SBI.000873171C
Ins: NJDOCIC (NJDOCIP)

Orders transcribed.
Routed to scheduler for follow-up.

Electronically Signed by Paris Wilson, LPN on 09/14/2015 at 4:57 PM

---

**09/13/2015 - Internal Other: Sick Call Triage**
**Provider: Channel Howell, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

## Sick Call Triage

**Inmate/Patient Complaint** c/o assault by custody
**Urgency:** Routine
**Plan:** Refer to MH Dept

Electronically Signed by Channel Howell, RN on 09/13/2015 at 8:51 PM

---

**09/13/2015 - Office Visit: Nurse Sick Call for left ankle pain, swelling**
**Provider: Channel Howell, RN**
**Location of Care: New Jersey State Prison-Main**

## Vital Signs
inches
T: **98.0** deg F.  T site: **tympanic**  R: **17**  BP: **112/68**
**Radial Pulse rate:** 72 **Rhythm:** regular **Quality:** Bounding
 **Pulse Ox:** 98
**Blood Pressure:** 112/68 mm Hg

## Peak Flow

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

TYLENOL WITH CODEINE #3 300-30 MG TABS (ACETAMINOPHEN-CODEINE) 1 tab crushed &
DOT by mouth twice daily as needed for pain x 5 days
IBUPROFEN 800 MG TABS (IBUPROFEN) 1 tab by mouth with food  three times daily as needed for

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 54
Chart Document

**DENZEL MORGAN**
Male ▉▉▉▉▉▉▉0  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

pain x 30 days

### Nurse SOAP Note-subjective
**Reason for visit:** Sick call
**Chief Complaint:** c/o left ankle pain, swelling
**Mental Health High-Risk Inquiry Incident:**
### Review of Systems

**Musculoskeletal:** Complains of joint pain, joint swelling. Denies back pain, muscle cramps, muscle weakness, stiffness, arthritis.

### Nurse Physical Exam

### General
**Comments:** c/o left ankle pain swelling. Assessed +1-2 swelling to left ankle as compared to the right. Patient unable to bear full weight. Reports he was injured during a take down by custody last saturday when the injury occurred. Emergency pass written for provider approval of ankle xray. 9/14/15.

### Respiratory System

### Breath Sounds
**Pulse Ox:** 98

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

### Nursing Assessment

### Comfort
  **Diagnosis:** potential for
  **Related to:** r/o left ankle fracture
  **Actual Problem evidenced by:** limited weight bearing, swelling, pain

### Plan

### Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:**Orders/Referrals:**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
*Page 55*
*Chart Document*

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

### Orders to be Processed and/or Transcribed

**Electronically Signed by Channel Howell, RN on 09/13/2015 at 8:16 PM**

**09/12/2015 - Internal Other: Chart Note for**
**Provider: Gladys Tettume,LPN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:**This writer was in 1ff passing meds when i/m in cell5 said to me "nurse,i broke my ankle". He picked up his left foot and pointed to a spot on the lateral side of the left foot.Askedif told anybody he said "no".He also said he had felt the pain since monday (09/07/15).

### Problems/Allergies/Observation Changes

### Orders to be Processed and/or Transcribed

**Electronically Signed by Gladys Tettume,LPN on 09/12/2015 at 8:44 PM**

**09/13/2015 - Append: Chart Note for foot pain**
**Provider: Jeremy Berg, RN**
**Location of Care: New Jersey State Prison-Main**

### Chart Note

**Narrative:**  review of inmates EMR shows proper use of 007 and inmate awareness of sick call process.  Scheduling for provider review as a precaution.

**New Jersey State Prison-Main**
 Trenton, NJ
 Fax:

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)


## Problems/Allergies/Observation Changes


## Orders to be Processed and/or Transcribed

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]


Electronically Signed by Jeremy Berg, RN on 09/13/2015 at 7:08 AM

---

**09/11/2015 - Internal Other: Chart Note for med renewal**
**Provider: James Brewin, APN, MSN**
**Location of Care: New Jersey State Prison**


### Chart Note

Narrative:  meds renewed


## Problems/Allergies/Observation Changes

**Observations:**
Added new observation of MEDS COPAY: 2  (09/11/2015 14:19)


## Orders to be Processed and/or Transcribed

**New or Changed Medications & Immunizations**
TYLENOL WITH CODEINE #3 300-30 MG TABS (ACETAMINOPHEN-CODEINE) 1 tab crushed &
DOT by mouth twice daily as needed for pain x 5 days
IBUPROFEN 800 MG TABS (IBUPROFEN) 1 tab by mouth with food  three times daily as needed for
pain x 30 days


Electronically Signed by James Brewin, APN, MSN on 09/11/2015 at 2:21 PM

---

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 57
Chart Document

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**09/11/2015 - Append: Chart Note for med renewal**
**Provider: Paris Wilson, LPN**
**Location of Care: New Jersey State Prison**

Orders transcribed.

**Electronically Signed by Paris Wilson, LPN on 09/11/2015 at 9:43 PM**

**09/12/2015 - Append: Chart Note for med renewal**
**Provider: Neal West, RN**
**Location of Care: New Jersey State Prison**

Orders transcribed.

**Electronically Signed by Neal West, RN on 09/12/2015 at 12:46 AM**

**09/10/2015 - Office Visit: Nurse Sick Call for mr007**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

**Vital Signs**
inches
T: **97.9** deg F.  R: **13**  BP: **134/85**
**Radial Pulse rate:** 80   **Pulse Ox:** 99
**Blood Pressure:** 134/85 mm Hg

**Peak Flow**

**Orientation Level**
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Current Medication List (prior to visit):**

TYLENOL WITH CODEINE #3 300-30 MG TABS (ACETAMINOPHEN-CODEINE) Give 2 tabs by
mouth 3 times a day as needed for pain for 5 days
IBUPROFEN 800 MG TABS (IBUPROFEN) Give 1 tab by mouth 3 times a day as needed for pain for
5 days

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 58
Chart Document

**DENZEL MORGAN**
Male [redacted]  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Nurse SOAP Note-subjective**
**Reason for visit:** Sick call
**Chief Complaint:** constant ha
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**

**Neurologic:** Denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo. chronic ha

**Nurse Physical Exam**

**General**
**Comments:** rec'd i/m at cell door.  c/o constant ha since reportedly being assaulted by officers at CRAF.  i/m previously ordered T-3 x 5 days, but says that he has only received motrin.  compound nurse confirms admin of t-3 bid instead of tid. emr also shows that i/m had CT of head trauma, but has not had results given to him.  will refer to provider for f/u.

**Respiratory System**

**Breath Sounds**
**Pulse Ox:** 99

**Nurse Physical Exam**

**Neurological**
**Evidence of injury:** No
**Comments:** c/o chronic ha

**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

**Plan**

**Copay**

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:Orders/Referrals:
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**Orders to be Processed and/or Transcribed**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛⬛ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**Electronically Signed by Kenneth Bass, RN on 09/10/2015 at 12:40 PM**
**Electronically Signed by Kenneth Bass, RN on 09/10/2015 at 12:41 PM**

---

**09/09/2015 - Internal Other: Sick Call Triage**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

Sick Call Triage

**Sick Call Triage**

**Inmate/Patient Complaint** have had constant ha since assault
**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Response Sent to Inmate/Patient via Institutional Mail:** No (e.g. scheduled to be seen w/in 24 hrs/next business day)

**Electronically Signed by Kenneth Bass, RN on 09/09/2015 at 1:38 PM**

---

**09/07/2015 - Internal Other: Chart Note for dental chart review**
**Provider: Samual Lopez,DMD**
**Location of Care: New Jersey State Prison**

**Chart Note**

**Narrative:** Class IV

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ███████████ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Electronically Signed by Samual Lopez,DMD on 09/07/2015 at 8:32 AM

---

**09/06/2015 - Imaging Report: CT-MAXILOFACIAL WO CONTRAST**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

```
CT-MAXILOFACIAL WO CONTRAST
***Final Report***
REFERRING  ARTURO JIMENEZ MD
PHYSICIAN: 66 WEST GILBERT STREET
   RED BANK, NJ 07701

Procedure Reason: Trauma
Examination:  FCT 0486 - CT-MAXILOFACIAL WO CONTRAST
Date:    Sep  6 2015
RESULT:
CT Maxillofacial Bones Without Contrast
HISTORY:
Assault.
COMMENTS:
Prior exams: None available.
Technique: Direct axial images of the orbits/maxillofacial area were
obtained with coronal reformations.  No intravenous contrast was used.
Left periorbital soft tissue swelling is seen.
Mildly depressed left nasal bone fracture is seen. Dehiscence versus old
fracture of the right medial orbital wall is seen.
The mandible, pterygoid plates, maxillary sinus walls, and zygomatic
arches are intact.
The optic globes and retrobulbar soft tissues are normal.
There is mild mucosal thickening of the right maxillary sinus. The
mastoid air cells are well pneumatized.
IMPRESSION:
Left periorbital soft tissue swelling. Mildly depressed left nasal bone
fracture. Dehiscence versus fracture of the right medial orbital wall.
A preliminary report was provided by the on-call radiologist Dr. Fiorito
on 9/6/2015 at 12:51 a.m.
INTERPRETING PHYSICIAN:     SANDIP NAYEE, MD M.D.
342676
```

Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:08 AM

---

**09/09/2015 - Append: CT-MAXILOFACIAL WO CONTRAST**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

will forward to dr ahsan

Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:08 AM

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 61
Chart Document

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮▮ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

---

**09/15/2015 - Append: CT-MAXILOFACIAL WO CONTRAST**
**Provider: Abu Ahsan,MD**
**Location of Care: NJ Department of Corrections**

will schedule clinic for nasal fracture

**Electronically Signed by Abu Ahsan,MD on 09/15/2015 at 10:23 AM**

---

**09/06/2015 - Imaging Report: CT HEAD/BRAIN W/O CONTRAST**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

```
CT HEAD/BRAIN W/O CONTRAST
***Final Report***
REFERRING  ARTURO JIMENEZ MD
PHYSICIAN: 66 WEST GILBERT STREET
    RED BANK, NJ 07701

Procedure Reason: Trauma
Examination:  FCT 0450 - CT HEAD/BRAIN W/O CONTRAST
Date:     Sep  6 2015
RESULT:
CT Brain Without Contrast
HISTORY:
Assault.
COMMENTS:
Prior exams: None available.
Technique: Serial axial images of the brain were obtained from the
foramen magnum to the vertex without intravenous contrast.
Left periorbital soft tissue swelling and left scalp contusion are seen.
There is no mass effect, midline shift, loss of gray white matter
differentiation, or intraparenchymal hemorrhage.  There are no extra
axial collections.  The CSF spaces are normal in size and configuration.
There is no calvarial fracture. Dehiscence versus fracture of the right
medial orbital wall is seen. The mastoid air cells are clear.
IMPRESSION:
No acute intracranial hemorrhage or calvarial fracture.
A preliminary report was provided by the on-call radiologist Dr. Fiorito
on 9/6/2015 at 12:19 a.m.
INTERPRETING PHYSICIAN:    SANDIP NAYEE, MD M.D.
342676
```

**Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:08 AM**

---

**09/09/2015 - Append: CT HEAD/BRAIN W/O CONTRAST**
**Provider: Chenna G. Reddy, MD**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 3, 2015*
Page 62
Chart Document

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛⬛ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Location of Care: NJ Department of Corrections**

will forward to dr Ahsan

**Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:08 AM**
**Electronically Signed by Abu Ahsan,MD on 09/15/2015 at 10:25 AM**

---

**09/06/2015 - Imaging Report: XR FOOT LEFT 3 VIEWS  wnl**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

```
XR FOOT LEFT 3 VIEWS
***Final Report***
REFERRING  ARTURO JIMENEZ MD
PHYSICIAN: 66 WEST GILBERT STREET
   RED BANK, NJ 07701

Procedure Reason: Trauma
Examination:  FXR 0282 - XR FOOT LEFT 3 VIEWS
Date:    Sep  6 2015
RESULT:
Left ankle four views
HISTORY:
Trauma
COMMENTS:
Prior exam: None available.
Marked lateral soft tissue swelling is seen. There is no acute fracture
or dislocation. The bones demonstrate normal mineralization.
IMPRESSION:
No acute fracture of the left ankle.
Left foot three views
HISTORY:
Trauma
COMMENTS:
Prior exam: None available.
Lucency in the medial sesamoid represents bipartite sesamoid versus
sesamoid fracture. Correlate for point tenderness. There is no fracture
of the remaining bones. There is normal mineralization.
IMPRESSION:
See above.
INTERPRETING PHYSICIAN:     SANDIP NAYEE, MD M.D.
342676
```

**Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:09 AM**

---

**09/09/2015 - Append: XR FOOT LEFT 3 VIEWS  wnl**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

**DENZEL MORGAN**
Male ⬛⬛⬛⬛⬛⬛⬛⬛  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

forward to dr Ahsan

---

**Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:09 AM**

---

**09/06/2015 - Imaging Report: XR RIBS 3 VIEWS nad**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

```
XR RIBS 3 VIEWS
***Final Report***
REFERRING  ARTURO JIMENEZ MD
PHYSICIAN: 66 WEST GILBERT STREET
   RED BANK, NJ 07701

Procedure Reason: Trauma
Examination:  FXR 1101 - XR RIBS 3 VIEWS  - LEFT
Date:    Sep  6 2015
RESULT:
Left rib series four views
HISTORY:
Trauma.
COMMENTS:
Prior exam: None available.
There is no acute left rib fracture. No left pneumothorax or infiltrate
is seen.
IMPRESSION:
No left rib fracture.
INTERPRETING PHYSICIAN:      SANDIP NAYEE, MD M.D.
342676
```

**Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:13 AM**

---

**09/09/2015 - Append: XR RIBS 3 VIEWS nad**
**Provider: Chenna G. Reddy, MD**
**Location of Care: NJ Department of Corrections**

noted

---

**Electronically Signed by Chenna G. Reddy, MD on 09/09/2015 at 9:13 AM**

---

**09/06/2015 - Clinical Lists Update: Telephone/Verbal Orders for :**
**Provider: Chenna G. Reddy, MD**
**Location of Care: New Jersey State Prison-Main**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 64
Chart Document

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

## Telephone Orders

**Orders per Physician:**  Dr. C. Reddy/Marion Still RN
Tylenol with codeine #3 300/30mg Give 2 tabs by mouth 3 times a day as needed for pain for 5 days
Motrin 800mg Give 1 tab by mouth 3 times a day as needed for pain for 5 days
ORBV.............................................................Marion Still, RN  September 6, 2015 5:56 AM

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**Electronically Signed by Chenna G. Reddy, MD on 09/08/2015 at 7:44 AM**

---

**09/06/2015 - Office Visit: RN Detention/AdSeg Initial Visit**
**Provider: Marion Still, RN**
**Location of Care: New Jersey State Prison-Main**

### Initial Detention/AdSeg Visit-Nurse

**Vital Signs**
inches
T: **97.4** deg F.  R: **20**  BP: **143/91**
**Radial Pulse rate:** 20   **Pulse Ox:** 99
**Blood Pressure:** 143/91 mm Hg

**Peak Flow**

**Orientation Level**
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

**Nurse SOAP Note-subjective**
**Reason for visit:** Ad Seg Rounds
**Chief Complaint:** Left Eye Contusion
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮▮  Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.

**Eyes:** Complains of eye pain. Denies blurring, diplopia, irritation, discharge, vision loss, photophobia.
**Ears/Nose/Throat:** Denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Genitourinary:** Denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence, genital sores, decreased libido.
**Musculoskeletal:** Complains of joint pain, joint swelling. Denies back pain, muscle cramps, muscle weakness, stiffness, arthritis.
**Skin:** Denies rash, itching, dryness, suspicious lesions.
**Neurologic:** Denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.
**Endocrine:** Denies cold intolerance, heat intolerance, polydipsia, polyphagia, polyuria, weight change.
**Heme/Lymphatic:** Denies abnormal bruising, bleeding, enlarged lymph nodes.
**Allergic/Immunologic:** Denies urticaria, hay fever, persistent infections, HIV exposure.

## Nurse Physical Exam

### General
**Comments:** Inmate tranferred from GSCF. Inmate was seen at SFER prior to arrival to NJSP d/t to injuries sustained at GSCF. Inmate was transported to NJSP without incident. Inmate calm, cooperative and agreeable to medical assessment. Inmate noted with Left periorbital swelling and bruising, unable to open left eye, left ankle swelling and nickel size abrasion to right upper leg. No other injuries noted. Inmate tolerated assessment well. Reviewed how to access medical. Inmate medically cleared for housing. Inmate ambulated  with a limp escorted by custody to the housing unit. MD notified and made aware of above. Verbal ordered received for pain medications and will be given with am med pass, will notify nurse for that housing unit. Referred to provider for follow-up.

### Eyes
**Glasses:** No
**Comments:** Left eye swollen shut with bruising, c/o pain 8/10, pain med to be ordered and given with am med pass
Right eye wnl, no injury

### Nose
**Comments:** As per SFER report, Inmate diagnosed with closed nasal fracture

### Throat/Oral Cavity
**Comments:** no redness, drainage or swelling noted

### Cardiovascular System
**Skin Temperature:** Normal
**Nails:** Pink

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

**DENZEL MORGAN**
Male ▮▮▮▮▮▮▮▮▮ Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Respiratory System**
**Breathing:** Normal

**Breath Sounds**
**Breath Sounds Normal:** Yes
**Pulse Ox:** 99

**Abdomen**
**Bowel Sounds in all 4 Quadrants** Yes

**Nurse Physical Exam**
**Musculoskeletal System**
**Evidence of injury:** Yes
**Where:** left ankle
**What:** injury
**Gait:** Abnormal
walk with a limp
**Balance:** Abnormal
**Range of Motion:** Limited
**Upper Extremity Muscle Strength:** Normal
**Right/Left Equal:** Yes
**Lower Extremity Strength** Abnormal
**Right/Left equal:** No
**Comments:** left ankle swollen, skin intact, c/o pain 8/10, pain med to be ordered and given with am med pass

**Skin**
**Color:** Normal
**Moisture:** Dry
**Integrity:** Open Areas
right upper leg with small nickel size abrasion
**Turgor** Normal
**Swelling:** Yes
left periorbital and left ankle

**Plan**

**Copay**

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:**Orders/Referrals:**
ER Referral [INRF002]
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**Comments:** f/u with provider

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December  3, 2015*
*Page 67*
*Chart Document*

**DENZEL MORGAN**
Male   ▆▆▆▆▆▆▆▆▆   Booking #:789512  SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

**Disposition:**
**Disposition:** return for followup
**Return In:** 7
Days(s)

**Electronically Signed by Marion Still, RN on 09/06/2015 at 7:17 AM**

**09/06/2015 - Office Visit: Nurse Transfer Review**
**Provider: Marion Still, RN**
**Location of Care: New Jersey State Prison-Main**

**Received from:** GSCF

**Allergies**

**Medications**

TYLENOL WITH CODEINE #3 300-30 MG TABS (ACETAMINOPHEN-CODEINE) Give 2 tabs by
mouth 3 times a day as needed for pain for 5 days
IBUPROFEN 800 MG TABS (IBUPROFEN) Give 1 tab by mouth 3 times a day as needed for pain for
5 days

**Objective**
**Date of last physical exam:** Done (05/12/2015 9:42:00 AM)

**Date of last TB test:** Yes (05/11/2015 8:42:31 PM)
**Results of TB test:** 0 mm

**History of Chicken Pox:** No
**Offsite Consults Pending:** No

**Plan:**
Inmate arrived to NJSP without incident. Inmate with discharge instructions and prescriptions from
SFER was seen prior to arrival. Inmate calm, cooperative and agreeable to medical assessment. Vital
signs to flow sheet. Inmate noted with Left periorbital swelling and bruising, unable to open left eye,
left ankle swelling and nickel size abrasion to right upper leg. No other injuries noted. Inmate tolerated
assessment well. Reviewed how to access medical. Inmate medically cleared for housing. Inmate
walk with a limp to housing. MD notified and made aware of above. Referred to provider for follow-up.

New Orders:

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 3, 2015*
Page 68
Chart Document

**DENZEL MORGAN**
Male ███████████ Booking #:789512 SBI:000873171C
Ins: NJDOCIC (NJDOCIP)

Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

## Orders to be Processed and/or Transcribed

**New or Changed Medications & Immunizations**
TYLENOL WITH CODEINE #3 300-30 MG TABS (ACETAMINOPHEN-CODEINE) Give 2 tabs by
mouth 3 times a day as needed for pain for 5 days
IBUPROFEN 800 MG TABS (IBUPROFEN) Give 1 tab by mouth 3 times a day as needed for pain for
5 days

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Nursing to MD/NP-WITHIN 7 DAYS [INRF005]

**Electronically Signed by Marion Still, RN on 09/06/2015 at 6:44 AM**
**Electronically Signed by Chenna G. Reddy, MD on 09/08/2015 at 7:43 AM**

**09/06/2015 - Append: Nurse Transfer Review**
**Provider: Marion Still, RN**
**Location of Care: New Jersey State Prison-Main**

Orders transcribed.

**Electronically Signed by Marion Still, RN on 09/06/2015 at 6:50 AM**